United States District Court
Southern District of Texas
**ENTERED**
September 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MOSES RIVAS MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00253 |
| | § | |
| DR. WILLACY COUNTY STATE JAIL, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**OPINION AND ORDER OF TRANSFER**

Plaintiff Moses Rivas Martinez, appearing *pro se*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is currently housed at the Texas Department of Criminal Justice's ("TDCJ") Willacy County State Jail in Raymondville, Texas. In his complaint, Plaintiff generally claims that prison officials acted with deliberate indifference to a serious medical issue—in violation of his Eighth Amendment rights—caused by either a bite from a brown recluse spider or a staph infection. (D.E. 1, pp. 2-6).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). In addition, for the

convenience of parties and witnesses and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

Plaintiff is currently incarcerated at the Willacy County State Jail in Willacy County, Texas, which is outside of the Corpus Christi Division of this Court. None of the defendants sued by Plaintiff in this action reside in the Corpus Christi Division of the Southern District of Texas. All of the events forming the basis of Plaintiff's complaint occurred at the Willacy County State Jail. Venue, therefore, is not proper in this Court. Because the Willacy County State Jail is located in Willacy County within the Brownsville Division of this district (*see* 28 U.S.C. § 124(b)(4)), the interest of justice would be served by a transfer to that division.

Accordingly, **IT IS ORDERED** that this case, including all pleadings, notices, motions, and orders filed therein, is **TRANSFERRED** to the United States District Court for the Southern District of Texas, Brownsville Division. The Clerk is **DIRECTED** to **CLOSE** this case in this division.

ORDERED on September 3, 2026.

Julie K. Hampton
United States Magistrate Judge